MICHAEL O'BRIEN, Respondent, *v.* ROBERT J. SMITH, Appellant.

(Argued October 15, 1891; decided December 1, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made at the February term, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Simon W. Rosendale* for appellant.

*Edward W. S. Johnston* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.